UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN BIBBS, H03951,<br><br>    Plaintiff,<br><br>    v.<br><br>VEGA, Correctional Officer,<br><br>    Defendant(s). | Case No. 24-cv-00818-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

    The parties have filed a stipulation of voluntary dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Pursuant to the stipulation, this action is DISMISSED with prejudice and each party shall bear its own litigation costs and attorney's fees.

    The clerk is directed to close the case and terminate all pending motions as moot.

    **IT IS SO ORDERED**.

Dated: August 30, 2024

_____
CHARLES R. BREYER
United States District Judge